# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**February 21, 2013**

| | | |
|---|---|---|
| 30275 | State v. Miecho | Reversed |

**February 26, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00506 | State v. Pablo | Affirmed |

**February 28, 2013**

| | | |
|---|---|---|
| 30480 | Birano v. State | Affirmed in Part, Vacated in Part and Remanded |
| CAAP–12–00 00468 | Stanton v. State | Vacated in Part, Affirmed in Part and Remanded |
| 29669 | State v. Reeves | Reversed |
| 30359 | Rigsby v. Rigsby | Affirmed |

**March 12, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00806 | Peck v. Kuiper | Affirmed |